COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Marcus Eugene Anderson v. American Credit Acceptance

Appellate case number:   01-21-00110-CV

Trial court case number: 2019-56022

Trial court:             281st District Court of Harris County

On August 16, 2021, Appellant Marcus Eugene Anderson filed an "Appellate Brief supported by a Writ of Mandamus."[1] The brief does not comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1.   Among other things, Appellant's brief:

- Lacks a section identifying parties and counsel, a table of contents, and an index of authorities;

- Does not "state concisely the nature of the case," "the course of proceedings, and the trial court's disposition of the case," "supported by record refences";

- Does not "state concisely all issues or points presented for review";

- Does not "state concisely and without argument the facts pertinent to the issues or points presented," "supported by record references";

- Does not "contain a succinct, clear, and accurate statement of the arguments made in the body of the brief";

- Does not contain "appropriate citations to authorities and to the record" in the argument section; and

- Lacks an appendix.

TEX. R. APP. P. 38.1(a), (b), (c), (d), (f), (g), (h), (i), (k). *See Walker v. Davison*, No. 01-18-00431-CV, 2019 WL 922184, at \*2 (Tex. App.—Houston [1st Dist.] Feb. 26, 2019, no pet.) (mem. op.) ("Adequate briefing [requires] proper citation to the record . . . ."); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 896 (Tex. App.—Dallas 2010, no pet.) ("If record references are not made or are inaccurate, misstated, or misleading, the brief fails."); *see*

---

[1]     We do not construe Marcus Eugene Anderson's appeal as a writ of mandamus or original proceeding.

*also Tyurin v. Hirsch & Westheimer, P.C.*, No. 01-17-00014-CV, 2017 WL 4682191, at \*2 (Tex. App.—Houston [1st Dist.] Oct. 19, 2017, no pet.) (mem. op.) ("[A] party proceeding pro se must comply with all applicable procedural rules.").

Because Appellant's brief does not comply with Texas Rule of Appellate Procedure 38.1, we strike Appellant's brief. **We order Appellant to file a corrected brief in compliance with Texas Rule of Appellate Procedure 38.1**. **The deadline for filing the corrected brief is 30 days from the date of this order**.

We withdraw our late-brief notices to Appellee American Credit Acceptance. Appellee's brief is due thirty days from the date Appellant files a compliant brief. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually


Date:  December 16, 2021